UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PATRICK TOMLINSON,<br><br>Defendant. | CRIMINAL NO. CCB-03-0310-4 |

**MOTION TO DISMISS INDICTMENT**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss with prejudice the Indictment pending against Defendant in the above-captioned case.

          Robert K. Hur
          United States Attorney

By     _____/s/_____
       P. Michael Cunningham
       Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____            _____
Date           Honorable Catherine C. Blake
          United States District Judge

**Advice to U.S. Marshal**:    _X_ 1. Defendant is not in custody.
(Check one)    ___ 2. Defendant is in custody and the USAO believes that:
      ___ a. there is no reason to hold Defendant further.
      ___ b. Defendant should be held in Federal custody (explain below).
      ___ c. Defendant should be transferred to custody. (explain below).
  ___3. Defendant is deceased.